GOLDSMITH & HULL, P.C./File CDCS481
William I. Goldsmith, SBN 82183
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CV12-10088 CBM (AJWx) |
|---|---|
|  | AMENDED |
| Plaintiff, | <u>ORDER DISMISSING CASE AND</u> |
| vs. | <u>COURT RESERVING</u> |
| SYLVIA L. MCCLUNG, | <u>JURISDICTION</u> [JS-6] |
|  |  |
| Defendant. |  |

    IT IS HEREBY ORDER, that the above-entitled case is dismissed with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation for Entry of Judgment Upon Default which is being executed by the parties.

    IT IS SO ORDERED

DATED: Nov. 26, 2013

                  THE HON. CONSUELO B. MARSHALL
                  UNITED STATES DISTRICT JUDGE